**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ERNEST LEE ARCHIE, JR.,

     Plaintiff,

v.                              Case No. 3:24cv8-MCR-HTC

JELO ACEVEDO, et al.,

     Defendants.

_____/

## <u>ORDER</u>

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 23, 2024 (ECF No. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to pay the initial partial filing fee and failure to comply with a Court order.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 4th day of June 2024.


_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**